UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

NEECE, HERMAN B.                                    Case No. 09-11494-RGM
NEECE, DEBBIE J.                                    Chapter 7

    Debtor(s)

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $3.51 representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law.

| Creditor's Name Acct. No. and Address | Claim No. | Amount of Dividend |
|---|---|---|
| LADCO Leasing 555 St. Charles Dr., #200 Thousand Oaks, CA  91360 | 10 | $1.43 |
| Recovery Management Systems  Corp. for GE Money Bank dba JC Penney Credit Services 25 SE 2nd Ave., #1120 Miami, FL  33131 | 11 | $2.08 |

Dated:  12/14/2009

/s/ ROBERT O. TYLER
ROBERT O. TYLER, Chapter 7 Trustee
TYLER, BARTL, RAMSDELL & COUNTS PLC
700 S. Washington Street, Suite 216
Aexandria, Virginia 22314
(703) 549-5000